IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

TIMOTHY MCCOY  ................................................................................  PLAINTIFF

VS.  CIVIL ACTION NO.: 3:14-CV-669-CWR-FKB

NEWTON COUNTY, MISSISSIPPI,
JACKIE KNIGHT, RANDY PATRICK,
THELMA EVANS AND BOBBY HITT  ................................................  DEFENDANTS

## AGREED ORDER OF DISMISSAL

THE PARTIES have agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED that this case is hereby DISMISSED WITH PREJUDICE as to all parties. If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement.

SO ORDERED, this the 7th day of MARCH 2017.

_____
UNITED STATES MAGISTRATE JUDGE

SO AGREED:

Plaintiff

_____
Timothy McCoy MDOC #182773
Pro Se
CMCF 2-A2-D
P.O. Box 88550
Pearl MS 39288

Defendants

_____
MICHAEL J. WOLF – MSB #99406
PAGE, KRUGER & HOLLAND, P.A.
P.O. Box 1163
Jackson, Mississippi 39215-1163
T: 601-420-0333
F: 601-420-0033
Email: mwolf@pagekruger.com


JASON A. MANGUM – MSB # 99624
P. O. Box 85
Decatur, MS  39327-0085
T: 601-635-3432
F: 601-635-3914
Email: magnum@decaturtel.net